UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

MICHAEL S. PREY, et al,

           Plaintiffs,

vs.

NUTRA-PARK, INC.,

           Defendant.

No. CV-05-397-JLQ

ORDER DENYING REQUEST FOR ORDER ADOPTING STIPULATED PROTECTIVE ORDER

      The parties have filed a Stipulation For Protective Order to protect alleged confidential information.

      It is the policy of this district to refrain from the entry of Orders adopting and incorporating such Protective Orders. Therefore, the request for the entry of an Order incorporating and adopting the Stipulation is DENIED. Nothing in this Order or the policy of this district prevents the parties from mutually complying with their Stipulation.

      The Clerk of this court shall enter this Order and forward copies to counsel.

**DATED** this 4th day of April 2006.

           s/ Justin L. Quackenbush
           JUSTIN L. QUACKENBUSH
     SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1