UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL S. PREY, et al., | |
| Plaintiffs, | NO. CV-05-0397-JLQ |
| vs. | |
| NUTRA-PARK, INC., a Delaware Corporation, | ORDER OF DISMISSAL WITH PREJUDICE |
| Defendant. | |

Pursuant to the Stipulated Motion of the parties, (Ct. Rec. 33), **IT IS HEREBY ORDERED** that the Plaintiffs' complaints and the claims therein be and the same are hereby Dismissed With Prejudice, without costs or attorneys fees to any party.

The Clerk of this court shall reopen this file, enter this Order, enter judgment of dismissal with prejudice, forward copies to counsel, and again close this file.

**DATED** this 24th  day of August 2006.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1