AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

MICHAEL S. PREY, et al.,

          Plaintiffs,

v.

NUTRA-PARK, INC., a Delaware Corp.,

          Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-05-0397-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Plaintiffs' complaints and the claims therein be and the same are hereby Dismissed With Prejudice, without costs or attorneys fees to any party.

August 24, 2006
*Date*

JAMES R. LARSEN
*Clerk*

s/ Linda Emerson
*(By) Deputy Clerk*

Linda Emerson